UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

IOSUA TUUMALO,

Defendant - Appellant.

No. 05-10273

D.C. No. CR-00-00319-SOM-01

**JUDGMENT**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 0 2005

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED for lack of jurisdiction**.

Filed and entered 07/15/05

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 0 8 2005

by: _____
Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 15 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>IOSUA TUUMALO,<br><br>Defendant - Appellant. | No. 05-10273<br><br>D.C. No. CR-00-00319-SOM-01<br>District of Hawaii, Honolulu<br><br>ORDER |

Before: SCHROEDER, Chief Judges, RAWLINSON and BYBEE, Circuit Judges

The court has received and reviewed the response to this court's order to show cause. This untimely appeal is dismissed for lack of jurisdiction. *See* Fed. R. App. P. 4(b).

All pending motions are denied as moot.

**DISMISSED.**

S:\MOATT\Panelord\07.11.05\orders\id3\05-10273.wpd