IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00319 SOM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING UNITED STATES' |
| | ) | RULE 35(B) MOTION FOR DOWNWARD |
| vs. | ) | DEPARTURE IN SENTENCING |
| | ) | |
| IOSUA TUUMALO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING UNITED STATES' RULE 35(b)
MOTION FOR DOWNWARD DEPARTURE IN SENTENCING

On February 20, 2007, the Government filed a motion for downward departure in sentencing, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. Defendant Iosua Tuumalo notified the court that no hearing was necessary on the motion. As Defendant has not articulated any dispute with the Government's motion, and as the motion lays out grounds for a reduction in sentence, this court grants the motion. For the reasons stated in the Government's motion, Defendant's sentence of 210 months in custody is reduced by 18 months to 192 months in custody. This represents a reduction over and above the reduction reflected in the original 210-month sentence. All

other provisions and conditions of the original sentence remain unchanged.

        DATED: Honolulu, Hawaii; April 26, 2007.



_/s/ Susan Oki Mollway_
Susan Oki Mollway
United States District Judge

United States of America v. Iosua Tuumalo; CR. NO. 00-00319 SOM
ORDER GRANTING UNITED STATES' RULE 35(B) MOTION FOR DOWNWARD DEPARTURE IN SENTENCING